# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

## NO. 03-13-00110-CV

**Mary L. Carter, Appellant**

**v.**

**Gwendolyn Glenn, Appellee**

## APPEAL FROM 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
### REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on November 15, 2012. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders a take-nothing judgment in Carter's favor. Glenn shall pay all costs relating to this appeal, both in this Court and the court below.